**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

EDUARDO VLADIMIR RIVAS ARIAS,

Petitioner,

v.

FACILITY ADMINISTRATOR, BUTLER COUNTY JAIL, et al.,

Respondents.

Case No. 1:26-CV-854

Judge Michael R. Barrett

**ORDER**

Petitioner Eduardo Vladimir Rivas Arias brings this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241, as well as an emergency motion for injunctive relief.[1] In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Petitioner from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[2] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to immediately provide a copy of the petition and its accompanying papers, along with a copy of this order, by email to John J. Stark at

[1] According to public records and the petition, Petitioner is being held at the Butler County Jail on behalf of federal immigration authorities. Thus, the Court properly exercises jurisdiction over this matter. *See* 28 U.S.C. § 2241(c).

[2] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

john.stark@usdoj.gov on behalf of the United States Attorney's Office for the Southern District of Ohio; and by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov and Patrick R. Oelrich at patrick.oelrich@bcohio.gov on behalf of Respondent Jones. The Clerk is **further DIRECTED** to promptly note proof of such service on the docket.

It is **further ORDERED** that Respondents shall file a return writ and response within five (5) days of the date of service. In preparing a response, Respondents shall address any issues of fact that must be resolved, particularly in light of the length of Petitioner's detention and his asserted Special Immigrant Juvenile (SIJ) classification and deferred action status. Failure to abide by the Court's instructions may result in a summary order granting the relief requested by Petitioner.

It is **further ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than five (5) days after service of a responsive filing. The Court will schedule a hearing, if necessary, after the parties have filed their respective submissions.

**IT IS SO ORDERED.**

Michael R. Barrett
United States District Judge